THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LUIGI EBANISTO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued March 22, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Supreme Court, rendered May 27, 1921, at a Trial Term for the county of Rockland, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Samuel H. Kunstlich* and *Aiken A. Pope* for appellant.
*Morton Lexow,* District Attorney (*Joseph Sapinsky* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.